

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: * CASE # 05-70426 W
CHAPTER 13
*
Rodriquez, Edna M & Masimino C., Jr.

Debtor *

## TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. The Trustee voided <u>returned</u> disbursement check(s) from the USPS due to incomplete address – unable to forward.

2. The balance of funds for the creditor in the amount of **$34.30** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 620076 | UNI TEL | 15.60 | 11/30/09 |
| | 47 E Chicago Ave | | |
| | Suite 328 | | |
| | Naperville, IL 60540 | | |
| --- | Same As Above | 18.70 | Balance |

3. Your trustee's check # 704951 in the amount of $34.30 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 9/24/10

John P. Gustafson
Trustee in Bankruptcy